IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Norma Rodriguez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC<br>a Georgia corporation,<br>HSBC Bank, N.A.,<br>a national banking association; and<br>Portfolio Recovery Associates, L.L.C.,<br>a Delaware company.<br><br>　　　　Defendants. | Case No.:  1:17-cv-00266<br><br>**PLAINTIFF'S ACCEPTANCE OF PORTFOLIO RECOVERY ASSOCIATES LLC'S OFFER OF JUDGMENT** |

　　　　NOW COMES the Plaintiff, NORMA RODRIGUEZ, by and through her attorneys, who hereby accepts Portfolio Recovery Associates LLC's Offer of Judgment attached hereto as Exhibit 1.

Dated: March 14, 2017

　　　　　　　　　　　　CORNISH & DELL'OLIO, P.C.


　　　　　　　　　　　　s/Ian D. Kalmanowitz
　　　　　　　　　　　　Ian D. Kalmanowitz, # 32379
　　　　　　　　　　　　Cornish & Dell'Olio, P.C.
　　　　　　　　　　　　431 N. Cascade Ave. Suite 1
　　　　　　　　　　　　Colorado Springs, CO 80903
　　　　　　　　　　　　719-475-1204
　　　　　　　　　　　　719-475-1264 (fax)
　　　　　　　　　　　　Email: ikalmanowitz@cornishanddellolio.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of March, 2016, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the **Plaintiff's Acceptance of Portfolio Recovery Associates, LLC's Offer of Judgment** was sent by email:

Robbie Malone
Eugene Xerxes Martin, IV
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
P: (214) 346-2630
F: (214) 346-2631
Email: rmalone@mamlaw.com
Email: xmartin@mamlaw.com
COUNSEL FOR PORTFOLIO
RECOVERY ASSOCIATES, LLC

                                                s/Esther Kumma Abramson
                                                Esther Kumma Abramson