IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER

| | |
|---|---|
| Norma Rodriguez,  §<br>*Plaintiff,*  §<br>  §<br>v.  §<br>  §<br>  §<br>Equifax Information Services, LLC, HSBC  §<br>Bank, N.A., and  §<br>**Portfolio Recovery Associates, LLC**,  §<br>*Defendants.* | Case No.: 1:17-cv-00266 |

## NOTICE OF SATISFACTION OF JUDGMENT

Judgment in favor of Norma Rodriguez and against Portfolio Recovery Associates, LLC was accepted by Plaintiff and entered on March 14, 2017 (Doc. 13).

Said judgment and costs, as well as the agreed amount of attorney's fees have been paid and therefore this judgment is fully and completely satisfied.

Respectfully submitted,

s/Ian D. Kalmanowitz
Ian D. Kalmanowitz, #32379
Cornish & Dell'Olio, P.C.
431 N. Cascade Ave., Suite 1
Colorado Springs, CO  80903
719-475-1204
719-475-1264 (fax)
Email:  ikalmanowitz@cornishanddellolio.com